Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 14−22371−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David J. Blocker | Susan A. Blocker |
| 1217 Poplar Ave | 1217 Poplar Ave |
| Voorhees, NJ 08043 | Voorhees, NJ 08043 |

Social Security No.:
  xxx−xx−3542                                           xxx−xx−1017

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/11/17
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 1, 2016
JJW: bc

                                                          James J. Waldron
                                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-22371-ABA
David J. Blocker                                                        Chapter 13
Susan A. Blocker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Dec 01, 2016
                              Form ID: 132             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db/jdb         +David J. Blocker,   Susan A. Blocker,    1217 Poplar Ave,    Voorhees, NJ 08043-2262
cr             +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
514962647      +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514858749     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX  79998)
514858750       BllMeLater,   ARS National Services, Inc.,    PO BOX 463023,   Escondido, CA  92046-3023
514858751     #+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
514858752      +Cap1/boscv,   Po Box 5253,   Carol Stream, IL 60197-5253
514858753      +Citgo/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
514858754      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
514858755       Citicorp Credit Service, INc,   Allianceone Receivables Management Inc.,   PO Box 3107,
                 Southeastern, PA  19398-3107
514858756      +Comenity Bank/justice,   Po Box 182789,   Columbus, OH 43218-2789
514900596      +Department Stores National Bank/Macys,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH  45040-8053
514858758      +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
514858765      +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
514858766       McCarthy, Burgess & Wolff,   2000 Cannon Road,   Cleveland, OH  44146
514858768      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514858769      +Supermedia,   McCathy Burgess & Wolff,   26000 Cannon Road,   Cleveland, OH 44146-1807
514858771      +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
514858772      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2016 23:06:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2016 23:06:53     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514870141       E-mail/Text: mrdiscen@discover.com Dec 01 2016 23:06:05     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
514858757      +E-mail/Text: mrdiscen@discover.com Dec 01 2016 23:06:05     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
515123807       E-mail/Text: bankruptcy.bnc@ditech.com Dec 01 2016 23:06:36     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
514858760      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:58:06     Gecrb/care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
514858761       E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:58:06     Gecrb/jcp,   Po Box 984100,
                 El Paso, TX  79998
514858762      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:57:16     Gecrb/paypal Smart Con,
                 Po Box 965005,   Orlando, FL 32896-5005
514858763      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:57:17     Gecrb/tydc,   Po Box 965005,
                 Orlando, FL 32896-5005
514858764      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:58:06     Gecrb/walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
514899847       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2016 22:58:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
515123322       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2016 23:18:40
                 Portfolio Recovery Associates, LLC,   c/o TOYS R US CREDIT CARD,   POB 41067,
                 Norfolk VA 23541
515123321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2016 23:18:48
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515086291      +E-mail/Text: bankruptcies@libertymutual.com Dec 01 2016 23:06:54     Peerless Insurance Company,
                 62 Maple Avenue Collections MS 152,   Keene, NH 03431-1600
514858767      +E-mail/Text: bankruptcies@libertymutual.com Dec 01 2016 23:06:54     Peerless Insurance Company,
                 PO Box 2051,   Keene, NH 03431-7051
514877014       E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2016 23:06:44
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
514972297       E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2016 23:06:44
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                                TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514858759*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Fia Csna,   Po Box 982238,   El Paso, TX  79998)

```
District/off: 0312-1          User: admin             Page 2 of 2                Date Rcvd: Dec 01, 2016
                              Form ID: 132            Total Noticed: 36

515096646     ##+Susquehanna Bank,    PO Box 639,    Maugansville, MD 21767-0639
514858770     ##+Susquehanna Bank Pa,    13511 Label Ln,    Hagerstown, MD 21740-2466
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jenifer G. Fowler    on behalf of Creditor    Susquehanna Bank jgf@eisnerfowler.com
          Jennifer R. Gorchow    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Travis J. Richards    on behalf of Joint Debtor Susan A. Blocker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          Travis J. Richards    on behalf of Debtor David J. Blocker richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
                                                                                             TOTAL: 7
```