UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Travis Richards, Esq. (TR-2556)
141 High Street
Mt. Holly, NJ 08060
(609)267-5297

**Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    David J. Blocker

    Susan A. Blocker

Case No.:  14-22371

Adv. No.:

Hearing Date:

Judge:

**Recommended Local Form:** ☒ Followed ☐ Modified

**ORDER REINSTATING BANKRUPTCY**

The relief set forth on the following pages, numbered two (2) through \_\_\_\_2\_\_\_\_ is hereby **ORDERED**.

**DATED: December 1, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  David J. Blocker and Susan A. Blocker
Case No.:  14-22371
**ORDER REINSTATING BANKRUPTCY CASE**

      This matter being opened to the Court by Travis J. Richards, attorney for the above debtor(s), upon the filing of a Notice of Motion to Reinstate Bankruptcy; and due notice of said motion having been given by mail to the trustee and to the affected creditor(s) or their attorney of record, and for good cause shown:

      IT IS ORDERED:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
David J. Blocker
Susan A. Blocker
    Debtors

Case No. 14-22371-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2016
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
db/jdb         +David J. Blocker,    Susan A. Blocker,    1217 Poplar Ave,    Voorhees, NJ 08043-2262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jenifer G. Fowler    on behalf of Creditor    Susquehanna Bank jgf@eisnerfowler.com
         Jennifer R. Gorchow    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
         Travis J. Richards    on behalf of Joint Debtor Susan A. Blocker richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com
         Travis J. Richards    on behalf of Debtor David J. Blocker richardslegal@yahoo.com, G19226@notify.cincompass.com,travis.richards@yahoo.com
                                                                                                                       TOTAL: 7