Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−22371−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David J. Blocker                         Susan A. Blocker
1217 Poplar Ave                          1217 Poplar Ave
Voorhees, NJ 08043                       Voorhees, NJ 08043

Social Security No.:
   xxx−xx−3542                              xxx−xx−1017

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 14, 2018
JAN: lgr

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-22371-ABA
David J. Blocker                                                    Chapter 13
Susan A. Blocker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 14, 2018
                              Form ID: cscnodsc        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
```
db/jdb         +David J. Blocker,    Susan A. Blocker,    1217 Poplar Ave,    Voorhees, NJ 08043-2262
cr             +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514962647      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514858749     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX  79998)
514858750      BllMeLater,    ARS National Services, Inc.,    PO BOX 463023,    Escondido, CA  92046-3023
514858752      +Cap1/boscv,    Po Box 5253,    Carol Stream, IL 60197-5253
514858753      +Citgo/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
514858754      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
514858755      Citicorp Credit Service, INc,    Allianceone Receivables Management Inc.,     PO Box 3107,
                 Southeastern, PA  19398-3107
514858756      +Comenity Bank/justice,    Po Box 182789,    Columbus, OH 43218-2789
514900596      +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514858758      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
514858765      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
514858766      McCarthy, Burgess & Wolff,    2000 Cannon Road,    Cleveland, OH  44146
514858768      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514858769      +Supermedia,    McCathy Burgess & Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
514858771      +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
514858772      Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 22:32:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 22:32:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514870141       E-mail/Text: mrdiscen@discover.com Feb 14 2018 22:32:39      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514858757      +E-mail/Text: mrdiscen@discover.com Feb 14 2018 22:32:39      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517130961      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 22:32:46      Ditech Financial LLC,
                 fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, South Dakota 57709-6154,
                 Ditech Financial LLC,    fka Green Tree Servicing LLC 57709-6154
517130960       E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 22:32:46      Ditech Financial LLC,
                 fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, South Dakota 57709-6154
517193668       E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 22:32:46
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
515123807       E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 22:32:46      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
514858760      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 22:28:01      Gecrb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
514858761       E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 22:28:01      Gecrb/jcp,    Po Box 984100,
                 El Paso, TX 79998
514858762      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 22:28:01      Gecrb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
514858763      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 22:28:10      Gecrb/tydc,    Po Box 965005,
                 Orlando, FL 32896-5005
514858764      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 22:28:19      Gecrb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
514899847       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2018 22:33:31
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515123322       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 22:33:44
                 Portfolio Recovery Associates, LLC,    c/o TOYS R US CREDIT CARD,    POB 41067,
                 Norfolk VA 23541
515123321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 22:33:44
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515086291      +E-mail/Text: bankruptcies@libertymutual.com Feb 14 2018 22:32:51      Peerless Insurance Company,
                 62 Maple Avenue Collections MS 152,    Keene, NH 03431-1600
514858767      +E-mail/Text: bankruptcies@libertymutual.com Feb 14 2018 22:32:51      Peerless Insurance Company,
                 PO Box 2051,    Keene, NH 03431-7051
514877014       E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2018 22:32:49
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
514972297       E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2018 22:32:49
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                TOTAL: 20
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Feb 14, 2018
                               Form ID: cscnodsc        Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514858759*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Fia Csna,    Po Box 982238,    El Paso, TX   79998)
514858751     ##+Cap One,   Po Box 5253,    Carol Stream, IL 60197-5253
515096646     ##+Susquehanna Bank,   PO Box 639,   Maugansville, MD 21767-0639
514858770     ##+Susquehanna Bank Pa,   13511 Label Ln,   Hagerstown, MD 21740-2466
                                                                                       TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jenifer G. Fowler    on behalf of Creditor   Susquehanna Bank jgf@eisnerfowler.com
              Jennifer R. Gorchow    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Travis J. Richards    on behalf of Joint Debtor Susan A. Blocker richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor David J. Blocker richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
                                                                                               TOTAL: 7
```